# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| Black Gold Logistics Corporation, | ) | |
| Plaintiff, | ) | **ORDER** |
| vs. | ) | |
| Borsheim Crane Service, LLC, | ) | Case No. 1:18-cv-010 |
| Defendant. | ) | |

The court held a status conference with the parties by telephone on August 9, 2018. Pursuant to its discussion with the parties, the court extends the deadline to complete fact discovery and file discovery motions until February 1, 2019.

**IT IS SO ORDERED.**

Dated this 9th day of August, 2018.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court