# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Black Gold Logistics Corporation, ) | **ORDER ADOPTING STIPULATION TO AMEND SCHEDULING AND DISCOVERY PLAN** |
| Plaintiff, ) | |
| vs. ) | |
| Borsheim Crane Service, LLC, ) | Case No. 1:18-cv-010 |
| Defendants. ) | |

The parties submitted a "Stipulation to Amend Scheduling and Discovery Plan" to the court on January 28, 2019. The court **ADOPTS** the stipulation and **ORDERS** the existing Scheduling Order **AMENDED** as follows:

1. The parties shall have until <u>March 15, 2019</u>, to complete fact discovery and to file discovery motions.

2. The parties shall provide the names of expert witnesses and complete reports under Rule 26(a)(2) as follows:

   1. Plaintiffs shall disclose experts and opinions no later than <u>April 1, 2019</u>.

   2. Defendants shall disclose experts and opinions no later than <u>April 15, 2019</u>.

   3. Plaintiffs shall disclose rebuttal expert witnesses and complete reports no later than <u>May 1, 2019</u>.

3. The parties shall have until <u>June 3, 2019</u>, to complete discovery depositions of expert witnesses.

1

**IT IS SO ORDERED.**

Dated this 29th day of January, 2019.

/s/ Charles S. Miller, Jr.
Charles S. Miller, Jr., Magistrate Judge
United States District Court