# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| Black Gold Logistics Corporation, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER ADOPTING STIPULATION** |
| | ) | **FOR DISMISSAL** |
| vs. | ) | |
| | ) | |
| Borsheim Crane Service, LLC, | ) | Case No. 1:18-cv-010 |
| | ) | |
| Defendant. | ) | |

On March 14, 2019, the parties filed a Stipulation for Dismissal. The court **ADOPTS** the parties' stipulation (Doc. No. 19) and **DISMISSES** the above-entitled action with prejudice and without costs, disbursements or attorneys' fees to any of the parties.

**IT IS SO ORDERED.**

Dated this 15th day of March, 2019.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court